UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ROBERT DEMOS,<br><br>                  Petitioner,<br><br>   v.<br><br>U.S. DISTRICT COURT OF TACOMA, WASHINGTON,<br><br>                  Respondent. | Case No. C22-5337-JHC-MLP<br><br>REPORT AND RECOMMENDATION |

Petitioner John Demos has filed an application to proceed *in forma pauperis* with what appears to be a proposed habeas petition. (*See* dkt. ## 1, 1-1.) Mr. Demos' petition is somewhat difficult to understand, but he appears to assert that the standing bar orders issued and enforced by the judges of this Court violate an Act of Congress, and that the United States Supreme Court therefore has original jurisdiction to provide him with extraordinary relief. (Dkt. # 1-1, at 1–10.) An Order of this Court provides for the return without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253 or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997).

REPORT AND RECOMMENDATION
PAGE - 1

1  As Mr. Demos' proposed pleading was not accompanied by any filing fee, this Court recommends that, in accordance with the Court's Order of March 13, 1997, the Clerk be directed to administratively close this matter.[1] A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **July 15, 2022**.

Dated this 17th day of June, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

---

[1] Petitioner filed a nearly identical pleading in this Court against the "U.S. District Court of Seattle, Washington" on the same date he filed the instant petition. *See Demos v. U.S. District Court of Seattle, Washington*, C22-646-RSM-BAT, Dkt. # 1-1. That action was administratively closed on May 23, 2022, on order of Chief United States District Judge Ricardo S. Martinez. *Id.*, Dkt. # 3.

REPORT AND RECOMMENDATION
PAGE - 2