UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS,

                    Petitioner,

v.

U.S. DISTRICT COURT OF TACOMA, WASHINGTON,

                    Respondent.

Case No. C22-5337-JHC

ORDER

The Court, having reviewed Petitioner's proposed federal habeas petition, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses thereto, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) The Clerk shall administratively CLOSE this matter and STRIKE any pending motions as moot. *See Demos v. Stanley*, MC97-31-JLW (W.D. Wash. Mar. 13, 1997).

//

//

//

//

ORDER - 1

(3)     The Clerk shall send copies of this Order to Plaintiff and to Judge Peterson.

DATED this 15th day of July, 2022.

                                           *John H. Chun*
                                         JOHN H. CHUN
                                         United States District Judge

ORDER - 2